# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00141-MR
# BANKRUPTCY CASE NO. 1:18-bk-40079

| | |
|---|---|
| IN RE: ) ) BERNICE ELOISE COLE, ) ) Debtor, ) ) _____ ) ) BERNICE ELOISE COLE, ) ) Appellant, ) ) vs. ) ) JOHN W. BALLARD, KEMPER L. ) COLBERT, and FREDERICK L. ) HENDERSON, JR., ) ) Appellees. ) ) _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Appellant's Motion for Extension of Time to File Response to Appellee's Brief [Doc. 24, as amended, Doc. 25].

Upon review of the Appellant's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Appellant's Motion for Extension of Time to File Response to Appellee's Brief [Doc. 24, as amended, Doc. 25] is **GRANTED**, and the Appellant shall have through and including **February 3, 2020**, within which to file a reply brief.

**IT IS SO ORDERED.**

Signed: January 9, 2020

Martin Reidinger
United States District Judge