**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:19-cv-00141-MR**
**BANKRUPTCY CASE NO. 1:18-bk-40079**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **BERNICE ELOISE COLE,** ) | |
| ) | |
| **Debtor,** ) | **O R D E R** |
| _____ ) | |
| ) | |
| **BERNICE ELOISE COLE,** ) | |
| ) | |
| **Appellant,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **JOHN W. BALLARD, KEMPER L.** ) | |
| **COLBERT, and FREDERICK L.** ) | |
| **HENDERSON, JR.,** ) | |
| ) | |
| **Appellees.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Appellant's Second Motion for Extension of Time to File Response to Appellee's Brief [Doc. 27], and the Appellant's Third Motion for Extension of Time [Doc. 29].

Upon review of the Appellant's Second Motion, and for cause shown, the Court will grant the Appellant an extension of time until February 14, 2020 to file a reply brief.

The Court notes that the Appellant filed a Reply Brief with the Clerk's Office on February 3, 2020. [Doc. 28]. However, the Appellant states that the brief is incomplete, and in a third motion for extension of time, she requests additional time to supplement that reply. [Doc. 29]. As the Court has already granted the Appellant a second extension of time, this third request for an extension of time is denied without prejudice. The Appellant shall have through and including February 14, 2020 to file a final version of her Reply Brief.

**IT IS, THEREFORE, ORDERED** that the Appellant's Second Motion for an Extension of Time [Doc. 27] is **GRANTED**, and the Appellant shall have an additional eleven (11) days, through and including **February 14, 2020**, within which to file a reply brief.

**IT IS FURTHER ORDERED** that the Appellant's Third Motion for an Extension of Time [Doc. 29] is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Signed: February 4, 2020

Martin Reidinger
United States District Judge